

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| ROSENDO GAMBOA, | § | No. 08-13-00155-CV |
|  | § |  |
| Appellant, | § | Appeal from |
|  | § |  |
| v. | § | 383rd District Court |
|  | § |  |
| BEATRICE LERMA, | § | of El Paso County, Texas |
|  | § |  |
| Appellee. | § | (TC # 2012DCM07222) |
|  | § |  |

## MEMORANDUM OPINION

This appeal is before the Court to determine whether it has jurisdiction. Rosendo Gamboa, pro se, filed with the district court clerk a notice of appeal from a final ruling of an associate judge. The notice of appeal and the District Clerk's docketing statement was forwarded to this Court. An attorney subsequently entered an appearance for Gamboa and notified the Court that the notice of appeal should not have been filed in this Court because Gamboa was appealing a recommendation of an associate judge to the referring district court and a de novo hearing had been timely requested. This Court does not have jurisdiction to review the recommendation of the associate judge. *See* TEX.FAM.CODE ANN. §§ 201.013(b), 201.014, 201.015 (West 2008 & Supp. 2012). Accordingly, we dismiss the appeal for want of jurisdiction.

July 31, 2013

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.